IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Carlson, Beverly R | Case Number: 04 B 07618 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/11/08 | Filed: 2/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: October 10, 2008
Confirmed: April 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,727.00 | |
| Secured: | | 12,314.00 |
| Unsecured: | | 5,638.77 |
| Priority: | | 0.00 |
| Administrative: | | 1,600.00 |
| Trustee Fee: | | 1,082.22 |
| Other Funds: | | 92.01 |
| Totals: | 20,727.00 | 20,727.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stuart B Handelman | Administrative | 1,600.00 | 1,600.00 |
| 2. | General Motors Acceptance Corp | Secured | 12,314.00 | 12,314.00 |
| 3. | Nationwide Acceptance Corp | Unsecured | 2,456.11 | 2,456.11 |
| 4. | General Motors Acceptance Corp | Unsecured | 8.68 | 8.68 |
| 5. | Nicor Gas | Unsecured | 1,564.71 | 1,564.71 |
| 6. | Capital One | Unsecured | 517.40 | 517.40 |
| 7. | Capital One | Unsecured | 424.98 | 424.98 |
| 8. | ECast Settlement Corp | Unsecured | 666.89 | 666.89 |
| 9. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 10. | Athenia Park Medical Lab | Unsecured | | No Claim Filed |
| 11. | Aspire Visa | Unsecured | | No Claim Filed |
| 12. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 13. | Cellular One | Unsecured | | No Claim Filed |
| 14. | Horizon Health Care Associates | Unsecured | | No Claim Filed |
| 15. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 16. | Social Security Administration | Unsecured | | No Claim Filed |
| 17. | Providian Bancorp | Unsecured | | No Claim Filed |
| 18. | Village of Richton Park | Unsecured | | No Claim Filed |
| | | | $ 19,552.77 | $ 19,552.77 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Carlson, Beverly R | Case Number:  04 B 07618 |
| | Judge:  Squires, John H |
| Printed: 11/11/08 | Filed:  2/27/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 92.61 |
| 4% | 52.92 |
| 6.5% | 242.53 |
| 3% | 26.46 |
| 5.5% | 218.32 |
| 5% | 66.15 |
| 4.8% | 126.92 |
| 5.4% | 260.66 |
| 6.6% | (4.35) |
| | $ 1,082.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

